UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              Chapter 13

DAISY LABORDE

                                               Case No. 09-24191 (RDD)

                                 Debtor(s).
------------------------------------------------------------x

## LOSS-MITIGATION REQUEST – BY THE DEBTOR

I am a Debtor in this case. I hereby request loss mitigation with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

The real property known as: 192 Buckingham Rd., Yonkers, NY, second mortgage loan with

Chase Home Finance LLC, 2901 Kimwest Parkway, Irving, TX 75063-3134 .

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in loss mitigation in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this loss mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the loss mitigation period.

Sign: s/Daisy LaBorde                    Date: 11/16, 2009

Print Name:              s/Daisy Laborde

Telephone Number:     (718) 881-7964

E-mail address (if any):    Babelslaw@aol.com