| UNITED STATES BANKRUPTCY COURT | PRESENTMENT DATE : |
| SOUTHERN DISTRICT OF NEW YORK | December 21, 2009 |
| | 10:00 A.M. |

In Re:

    DAISY LABORDE

                Debtors.

CASE NO. 09-24191 RDD
CHAPTER 13

NOTICE OF PRESENTMENT

S I R S:

**PLEASE TAKE NOTICE** that, a Request for Loss Mitigation having been made of and duly served upon, Chase Home Finance LLC, ("the Mortgagees") and upon the United States Trustee and the Office of Jeffrey L. Sapir, on November 23, 2009 and an Affidavit of Service having been filed in connection therewith, an Order shall be presented to the Honorable Robert D. Drain upon the application of Daisy LaBorde, the Debtor herein, granting Debtor's Request for Loss Mitigation.

**PLEASE TAKE FURTHER NOTICE** that in the event that the Court receives any opposition to this Application prior to the Presentment Date a hearing will be scheduled by the Court.

**PLEASE TAKE FURTHER NOTICE** that responsive papers, if any, are to be served on the undersigned and filed with the Court no less than three (3) days prior to the Presentment Date.

Dated:  Bronx, New York
          December 14, 2009

David J. Babel, Esq., P.C.

  *s/David J. Babel*_____
  DAVID J. BABEL, Esq. P.C.
  2525 Eastchester Road
  Bronx, New York 10469
  (718) 881-7964

To:

JEFFREY L. SAPIR, TRUSTEE
399 KNOLLWOOD ROAD
WHITE PLAINS, NEW YORK 10603

OFFICE OF U.S. TRUSTEE  
33 WHITEHALL STREET  
21ST FLOOR  
NEW YORK, NY 10004

Chase Home Finance LLC  
2901 Kimwest parkway  
Irving, TX 75063-3134