LINDA TIRELLI, ESQ
OF COUNSEL TO DAVID J. BABEL, PC
COUNSEL FOR DEBTOR
202 MAMARONECK AVEUNE, 3RD FLOOR
WHITE PLAINS, NEW YORK 10601
PH(914) 946-0860

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**IN THE MATTER OF**

| | |
|---|---|
| **DAISY LABORDE,** | CHAPTER 13 |
| DEBTOR | CASE NO: 09- 24191(RDD) |
| | NOTICE OF OBJECTION TO PROOF OF CLAIM #6-1 FILED BY **Home Loan Services, Inc. as Servicer for Citibank, NA as Trustee for 1st Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates Series 2005-FF12** |
| | AND REQUEST FOR ACCOUNTING |

-------------------------------------------------------------------X

_____
**NOTICE OF OBJECTION TO PROOF OF CLAIM #6-1
FILED BY: Home Loan Services, Inc. as Servicer for Citibank, NA as Trustee for 1st Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed
Certificates Series 2005-FF12
AND
REQUEST FOR ACCOUNTING
AND NOTICE OF OPPORTUNITY FOR HEARING**

**(No-Protest Notice: No Hearing Will Be Held
Unless Request For Hearing Is Filed)**

TO: Home Loan Services, Inc. as Servicer for Citibank, NA as Trustee for 1st Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates Series 2005-FF12

**PLEASE TAKE NOTICE** that an Objection to Proof of Claim has been filed by the debtor named above. A copy of the objection accompanies this notice.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN**

**THIS BANKRUPTCY CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the debtors in their motion, or if you want the Court to consider your views on the motion, then on or before March 5, 2010 you or your attorney must do three (3) things:

1. **File with the court a written response <u>requesting that the Court hold a hearing</u> and explaining your position. File the response at:**

    United States Bankruptcy Court
    Southern District of New York
    300 Quarropas Street
    White Plains, NY 10601

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

Linda M. Tirelli, Esq.,
Law Offices of Linda M.Tirelli, PC
Of Counsel to David Babel, PC
Counsel for Debtor
202 Mamaroneck Avenue, 3rd Floor
White Plains, NY 10601

Jeffrey Sapir, Esq.
Chapter 13 Trustee
399 Knollwood Road
White Plains, NY 10603

3. **You must also attend the hearing scheduled for March 10, 2010 at 10:00 a.m.** in Courtroom Number ____ at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD** and the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

    This the 4th Day of February 2010.

      /S/ Linda M. Tirelli
    Linda M. Tirelli, Esq.,
    Law Offices of Linda M.Tirelli, PC
    Of Counsel to David Babel, PC
    Counsel for Debtor
    202 Mamaroneck Avenue, 3rd Floor
    White Plains, NY 10601
    Phone: (914)946-0860 / Fax(914)946-0870