LINDA TIRELLI, ESQ
OF COUNSEL TO DAVID J. BABEL, PC
COUNSEL FOR DEBTOR
202 MAMARONECK AVEUNE, 3RD FLOOR
WHITE PLAINS, NEW YORK 10601
PH(914) 946-0860

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN THE MATTER OF

                                                CHAPTER 13

DAISY LABORDE,                            CASE NO: 09- 24191(RDD)
            DEBTOR                              ORDER
-----------------------------------------------------------X

**PROPOSED ORDER DISALLOWING CLAIM FILED BY**
**Home Loan Services, Inc. as Servicer for Citibank, NA as Trustee for 1st Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates Series 2005-FF12**

      THIS CAUSE coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for the Southern District of New York, pursuant to the objection to the claim of the creditor named above filed by the debtors; and

      IT APPEARING to the undersigned that this court has jurisdiction over the parties and over the subject matter of this objection; and

      IT FURTHER APPEARING to the undersigned that all parties in interest received notice of this objection and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said objection and that the time for filing any such objection has expired; and

      IT FURTHER APPEARING to the undersigned that the relief requested by the debtor in her objection is consistent with the applicable provisions of Title 11 of the United States Code and that the debtors have established good and sufficient cause to grant said relief; and

      IT FURTHER APPEARING to the undersigned that the objection of the debtors to the proof of claim of the above named creditor should be sustained; and

      IT FURTHER APPEARING to the undersigned that the Chapter 13 Trustee should and is hereby directed to strike the claim of the said creditor; and

      IT FURTHER APPEARING to the undersigned that Home Loan Services, Inc. as Servicer for Citibank, NA as Trustee for 1st Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates Series 2005-FF12 shall provide a full accounting and supporting documentation of all sums described in its proof of claim;

IT FURTHER APPEARING to the undersigned that Home Loan Services, Inc. as Servicer for Citibank, NA as Trustee for 1st Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates Series 2005-FF12 should be and is hereby precluded from filing any amended, modified or supplemental proof of claim in this case; and

IT FURTHER APPEARING to the undersigned that Home Loan Services, Inc. as Servicer for Citibank, NA as Trustee for 1st Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates Series 2005-FF12 be and it is hereby directed to pay within 3 days of the date of the entry of this order the sum of $_____ David Babel, Esq. the attorney for the debtor; and

IT FURTHER APPEARING to the undersigned that Home Loan Services, Inc. as Servicer for Citibank, NA as Trustee for 1st Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates Series 2005-FF12 be and it is hereby directed to pay within 3 days of the date of the entry of this order the sum of $_____to the debtor; and

IT IS THEREFORE SO ORDERED.

_____
Hon. Robert D. Drain
United States Bankruptcy Judge