# CERTIFICATE OF SERVICE

Linda M. Tirelli, attorney for the debtor, hereby certifies to the Court as follows:
1. I am not a party for the foregoing proceeding;
2. I am not less than 18 years of age;
3. I have this day served a copy of the foregoing **OBJECTION TO PROOF OF CLAIM, PROPOSED ORDER DISALLOWING CLAIM BY Home Loan Services, Inc. as Servicer for Citibank, NA as Trustee for 1st Franklin Mortgage Loan Trust Mortgage Loan Asset-Backed Certificates Series 2005-FF12**

**AND NOTICE OF OPPORTUNITY FOR HEARING** on all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, addressed to each person at his dwelling house or usual place of abode or to the place where he regularly conducts his business or profession as follows:

Randa Simmons Esq.
Steven J Baum, PC Attorneys at Law
PO Box 1291
Buffalo, NY 14240-1291

Home Loan Servicing, Inc.
150 Allegheny Center Mall
Pittsburgh, PA 15212

**And via the Court's Electronic Case Filing System to:**

Jeffrey Sapir, Esq.
Chapter 13 Trustee
399 Knollwood Road
White Plains, NY 10603

United States Department of Justice
Office of United States Trustee
Southern District of New York
Attn: Attorney Greg Zipes, UST
33 Whitehall Street, 21st Floor
New York, NY 10004

4. To the best of my knowledge, information and belief, the parties in interest are not infants or incompetent persons;
5. Service as outlined herein was made within the United States of America.

This the 4th Day of February, 2010.

    /S/ Linda M. Tirelli
Linda M. Tirelli, Esq.,
Law Offices of Linda M.Tirelli, PC
Of Counsel to David Babel, PC
Counsel for Debtor
202 Mamaroneck Avenue, 3rd Floor
White Plains, NY 10601
Phone: (914)946-0860 / Fax(914)946-0870