Prepared By/Record & Return To:
Karen Duddy
Loan Services, Inc.
P. O. Box 1838 – Locator #23-531
Pittsburgh, PA 15230-9500

## Assignment of Mortgage

Effective Date: December 1, 2005

County of Polk, State of Florida

| | |
|---|---|
| Assignor: | First Franklin a Division of National City Bank of IN<br>2150 North First Street<br>San Jose, California 95131 |
| Assignee: | Citibank, N.A., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF12<br>150 Allegheny Center Mall<br>Pittsburgh, Pennsylvania 15212 |
| Executed by: | Robert Haughton and Daisy Laborde as joint tenants with rights of survivorship |
| Original Lender: | First Franklin a Division of Nat City Bank of IN |

Mortgage dated September 28, 2005 in the amount of $214,400.00 and recorded on October 12, 2005 as doc 2005248818 book 6438 page 1774-1791

Property Address: 532 Rochester Loop Davenport Florida 33897

Legal description: See Attached

Know All Men By These Presents that in consideration of the sum of Ten and No/100ths Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee, the said Mortgage Having an original principal sum of $214,400.00 interest thereby, Together with all moneys now owing or that may hereafter become due or owing in Respect thereof, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys Unto the said Assignee, the Assignor's beneficial interest under the Mortgage

To Have and to Hold the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.

Signed on this day: December 9, 2009 but effective December 1, 2005

Witness _____
Matthew Coffman

Witness _____
Karalee Hirschfield

First Franklin a Division of National City Bank of IN

By _____
Bryan G Kusich
Vice President of First Franklin a Division of National City Bank of IN

State of: Pennsylvania
County of: Allegheny

On December 9, 2009 before the undersigned, Karen Duddy a Notary Public in and for said County and State, on this day personally appeared, Bryan G Kusich, Vice President of F, known to be the person and officer whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted executed the instrument.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Karen Duddy, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Aug. 21, 2011
Member, Pennsylvania Association of Notaries

# EXHIBIT "A"

Lot 35, LAKE DAVENPORT ESTATES WEST PHASE ONE, according to map or plat thereof as recorded in Plat Book 96, Pages 35 and 36, of the Public Records of Polk County, Florida.



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

**NOTICE OF APPEARANCE**

In Re:

DAISY LABORDE

        Debtor.

Case No.: 09-24191-rdd
(Chapter 13)

Assigned to:
Hon. ROBERT D. DRAIN
Bankruptcy Judge

---

    PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of HOME LOAN SERVICES, INC., Secured Creditor, in the within proceeding.

    Please send copies of all Notices and of all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:    December 29, 2009
             Buffalo, New York

                                    Yours, etc.
                                    STEVEN J. BAUM, P.C.
                                    Attorneys for Secured Creditor
                                    HOME LOAN SERVICES, INC.
                                    /s/ Randa R. Simmons
                         By:   _____
                                    Randa R. Simmons, Esq.
                                    Office and Post Address:
                                    220 Northpointe Parkway, Suite G
                                    Amherst, NY 14228
                                    Telephone 716-204-2400

TO:
    CLERK, UNITED STATES BANKRUPTCY COURT
    SOUTHERN DISTRICT OF NEW YORK
    300 Quarropas Street
    White Plains, NY 10601

    DAVID J. BABEL, ESQ.        Attorney for Debtor
    2525 Eastchester Road
    Bronx, NY10469

    JEFFREY L. SAPIR, ESQ.        Chapter 13 Trustee
    399 Knollwood Road
    Suite 102
    White Plains, NY 10603

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT　　Southern District of New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Daisy Laborde | Case Number:<br>09-24191 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Home Loan Services, Inc. as servicer for Citibank, N.A., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF12<br>Name and address where notices should be sent:<br>Home Loan Services, Inc.<br>150 Allegheny Center Mall<br>Pittsburgh, PA 15212<br>Telephone number: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>*(If known)*<br><br>Filed on:_____ |
|---|---|
| Name and address where payment should be sent (if different from above):<br>Home Loan Services, Inc.<br>150 Allegheny Center Mall<br>Pittsburgh, PA 15212<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**　　　$_____239,201.67_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** ___Money Loaned___
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ___6591___

　　**3a. Debtor may have scheduled account as:** _____
　　　(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**　☑ Real Estate　　☐ Motor Vehicle　　☐ Other
**Describe:**

**Value of Property:** $_____　**Annual Interest Rate** _____%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $___17,370.16___　**Basis for perfection:** ___Mortgage___

**Amount of Secured Claim:** $___239,201.67___　**Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>12/15/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Randa R. Simmons, Esq. *(signature)* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Daisy Laborde  
Case No. 09-24191  
Loan No. ******6591  

TOTAL AMOUNT OF DEBT

| | | | |
|---|---|---|---|
| Principal Balance | | $ | 220,638.70 |
| Accrued Interest | Interest at 7.100% | | 10,530.63 |
| Accrued Late Charges | | | 463.69 |
| Foreclosure Attorney Fees | | | 910.00 |
| Foreclosure Attorney Costs | | | 1,330.00 |
| Escrow Advance | | | 5,121.15 |
| Property Inspections | | | 72.50 |
| Broker's Price Opinion | | | 135.00 |
| TOTAL | | $ | 239,201.67 |

PRE-PETITION ARREARS

| | | |
|---|---|---|
| 7 Payments at $1,782.33 | | 12,476.31 |
| (May 1, 2009-November 1, 2009) | | |
| Accrued Late Charges | | 463.69 |
| Foreclosure Attorney Fees | | 910.00 |
| Foreclosure Attorney Costs | | 1,330.00 |
| Escrow Shortage | | 1,982.66 |
| Property Inspections | | 72.50 |
| Broker's Price Opinion | | 135.00 |
| TOTAL | $ | 17,370.16 |

***This proof of claim is filed without waiving any and all rights the Secured Creditor may have under 11 U.S.C. Section 362, if applicable.