| Key demographic information as of January 28, 2010 |
|---|
| **National City Bank of Indiana** |
| 1 Merchants Plaza |
| Indianapolis, IN 46255 |

| | | | |
|---|---|---|---|
| FDIC Certificate #: | 4347 | Date Established: | 1/17/ |
| Bank Charter Class: | National Bank | Date of Deposit Insurance: | 1/1/ |
| Primary Federal Regulator: | Office of the Comptroller of the Currency | | **More Demographic Information** |
| Primary Internet Web Address: | http://www.nationalcity.com:80/ | | **Generate History** |

**This is an inactive institution.**

| | |
|---|---|
| Inactive as of: | July 22, 2006 |
| Closing history: | Merged without Assistance into |
| Acquiring institution: | National City Bank - (6557) |

## Information Gateway;

**ID Report Selections:** Assets and Liabilities

**Report Date:** June 30, 2006    **Generate Report**

----------More Information----------

- ❶ Current List of Offices not available
- ❶ Bank Holding Company Ownership and Affiliates not available
- ❶ Compare to Peer Group(s)
- ❶ Regional Economic Conditions (FDIC RECON)
- ❶ FFIEC Call/TFR Report
- ❶ Organization Hierarchy from the Federal Reserve System
- ❶ FFIEC Uniform Bank Performance Report (UBPR)
- ❶ OCC CRA ratings
- ❶ FDIC/OTS Summary of Deposits
- ❶ Consumer Assistance from Primary Federal Regulator

Press ❶ for description

Questions, Suggestions & Requests

Home    Contact Us    Search    Help    SiteMap    Forms
Freedom of Information Act (FOIA) Service Center    Website Policies    USA.gov
FDIC Office of Inspector General

http://www2.fdic.gov/idasp/confirmation.asp?inCert1=4347&AsOf=MostCurrent&Refer=ID    2/2/2010