**History of National City Bank Of Indiana, Indianapolis, Indiana (FDIC Cert: 4347)**
**Note: This institution is currently part of PNC Bank, National Association, Pittsburgh,**
**Pennsylvania (FDIC Cert: 6384)**

|  | Date | Event |
|---|---|---|
| 1 | 1/17/1865 | Institution established. Original name: Merchants National Bank & Trust Company Of Indianapolis (4347) |
| 2 | 10/31/1992 | Changed name to **National City Bank, Indiana (4347)**. |
| 3 | 1/30/1993 | Acquired Elston Bank & Trust Company (13087) in Crawfordsville, Indiana. |
| 4 | 1/30/1993 | Acquired Anderson Banking Company (13137) in Anderson, Indiana. |
| 5 | 1/30/1993 | Acquired The National Bank Of Greenwood (14834) in Greenwood, Indiana. |
| 6 | 2/27/1993 | Acquired Mid State Bank Of Hendricks County (5781) in Danville, Indiana. |
| 7 | 2/27/1993 | Acquired Union State Bank (5788) in Carmel, Indiana. |
| 8 | 2/27/1993 | Acquired Hancock Bank & Trust (13117) in Greenfield, Indiana. |
| 9 | 2/27/1993 | Acquired Mid State Bank (14665) in Zionsville, Indiana. |
| 10 | 5/1/1993 | Acquired The Central National Bank Of Greencastle (4343) in Greencastle, Indiana. |
| 11 | 5/1/1993 | Acquired The Farmers National Bank Of Shelbyville (4379) in Shelbyville, Indiana. |
| 12 | 5/1/1993 | Acquired The Citizens National Bank Of Tipton (4383) in Tipton, Indiana. |
| 13 | 5/1/1993 | Acquired Batesville State Bank (11754) in Batesville, Indiana. |
| 14 | 5/29/1993 | Acquired Fayette Bank And Trust Company (944) in Connersville, Indiana. |
| 15 | 5/29/1993 | Acquired First National Bank Of East Chicago, Indiana (4334) in East Chicago, Indiana. |
| 16 | 5/29/1993 | Acquired First National Bank Of Indiana (4354) in Logansport, Indiana. |
| 17 | 5/29/1993 | Acquired The Seymour National Bank (4369) in Seymour, Indiana. |
| 18 | 1/1/1995 | Acquired First Federal Savings Bank Of Kokomo (28990) in Kokomo, Indiana. |
| 19 | 4/15/1996 | Changed name to **National City Bank Of Indiana (4347)**. |
| 20 | 11/20/1998 | Acquired The Auburn State Bank (1841) in Auburn, Indiana. |
| 21 | 11/20/1998 | Acquired Old-first National Bank In Bluffton, Bluffton, Indiana (4317) in Bluffton, Indiana. |
| 22 | 11/20/1998 | Acquired Fort Wayne National Bank (4340) in Fort Wayne, Indiana. |
| 23 | 11/20/1998 | Acquired Valley American Bank And Trust Company (14518) in South Bend, Indiana. |
| 24 | 11/20/1998 | Acquired Churubusco State Bank (14717) in Churubusco, Indiana. |
| 25 | 11/20/1998 | Acquired First National Bank Of Huntington (14872) in Huntington, Indiana. |
| 26 | 11/20/1998 | Acquired First National Bank Of Warsaw (15487) in Warsaw, Indiana. |
| 27 | 7/22/2006 | **Merged into and subsequently operated as part of National City Bank in Cleveland, Ohio (6557)** |
| 28 | 8/19/2006 | Acquired Pioneer Bank And Trust Company (14764) in Saint Louis, Missouri. |
| 29 | 3/17/2007 | Acquired Harbor Federal Savings Bank (29307) in Fort Pierce, Florida. |
| 30 | 4/14/2007 | Acquired Fidelity Federal Bank & Trust (30614) in West Palm Beach, Florida. |
| 31 | 2/9/2008 | Acquired Midamerica Bank, Fsb (28671) in Clarendon Hills, Illinois. |
| 32 | 12/30/2008 | Acquired New England Trust Company, National Association (90641) in Warwick, Rhode Island. |
| 33 | 9/30/2009 | Reorganized. |
| 34 | 11/6/2009 | **Merged into and subsequently operated as part of PNC Bank, National Association in Pittsburgh, Pennsylvania (6384)** |

Back