Prepared By/Record & Return To:
Karen Duddy
Home Loan Services, Inc.
150 Allegheny Center Mall- Loc. #23-531
PO Box1838
Pittsburgh, PA 15212

## Corporate Assignment of Mortgage

County of Polk State Florida

Effective Date: February 1, 2007

Assignor: Nationpoint a Division of National City Bank of IN
150 Allegheny Center Mall
Pittsburgh Pa 15212

Assignee: *PNC Bank, National Association, successor by merger to National City Bank*
150 Allegheny Center Mall
Pittsburgh, Pa. 15202

Executed by    Robert Haughton and Daisy Laborde as joint tenants with rights of survivorship

To:    Nationpoint a Division of National City Bank of IN

Mortgage dated September 28, 2005 the amount of $53,600.00 and recorded on October 12, 2005 in doc 2005248819 book 06438 page 1792-1802

Property Address: 532 Rochester Loop Davenport Florida 33897

Legal description:    See attached

Know All Men By These Presents that in consideration of the sum of Ten and No/100ths Dollars and other good valuable consideration, paid to the above Named assignor, the receipt and the sufficiency of which is hereby acknowledged the Said Assignor hereby assigns unto the above named Assignee, the said Mortgage having an original principal sum of $53,600.00 interest thereby, Together with all moneys now owing or that may hereafter become due or owing in Respect thereof, and the full benefit of all the powers and of all the covenants and Provisions therein contained, and the said Assignor hereby grants and conveys Unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

To Have and To Hold the said Mortgage, and also the said property
Unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.

Signed on this day: December 9, 2009 but Effective February 1, 2007

Witness _____
Matthew Coffman

Witness _____
Karalee Hirschfield

Nationpoint a Division of National City Bank of IN

By _____
Bryan G Kusich
Vice President of Home Loan Services Inc,
Attorney In Fact for Nationpoint a Division of
National City Bank of IN

State of: Pennsylvania
County of: Allegheny

On December 9, 2009, before the undersigned, Karen Duddy, a Notary Public In and for said County and State, on this day personally appeared, Bryan G Kusich, Vice President of Home Loan Services Inc, Attorney In Fact for Nationpoint a Division of National City Bank of IN known to be the person and officer whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Karen Duddy, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Aug. 21, 2011
Member, Pennsylvania Association of Notaries

## EXHIBIT "A"

Lot 35, LAKE DAVENPORT ESTATES WEST PHASE ONE, according to map or plat thereof as recorded in Plat Book 96, Pages 35 and 36, of the Public Records of Polk County, Florida.

THE PROPERTY DESCRIBED HEREIN IS NOT THE HOMESTEAD PROPERTY OF THE MORTGAGOR AS DEFIND BY ARTICLE X OF THE FLORIDA CONSTITUTION.

